

# HELEN F. DALTON & ASSOCIATES, P.C.
## ATTORNEYS AT LAW

80-02 Kew Gardens Road, Suite 601, Kew Gardens, NY 11415
Tel. (718) 263-9591 Fax. (718) 263-9598

February 11, 2021

**Via ECF**
The Honorable District Judge Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re: **Tacuri, et al. v. Saggio Restaurant Inc., et al.**
     **20-CV-5219 (RA)(BCM)**

Dear Judge Abrams:

Our office represents the Plaintiffs in the above-referenced matter and we submit this letter motion jointly with counsel for Defendants pursuant to the Court's January 14, 2021 Order.

In the January 13, 2021 correspondence to the Court, the parties advised that they were continuing negotiations and believed that they were close to settlement. The parties can now report that they have reached a settlement-in-principle. The parties are currently finalizing the settlement agreement for their clients' review and signatures. In light of the settlement, the parties request a one-week extension to submit their motion for settlement approval and the fully executed settlement agreement to the Court pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015). If this request is granted, the parties can file on or before February 19, 2021.

We thank Your Honor for her consideration on this matter and remain available to provide any additional information.

Respectfully submitted,

_/s/_____
Roman Avshalumov, Esq.

Application granted.  The parties
shall file their motion for
settlement approval no later than
February 19, 2021.

SO ORDERED.

_____
Hon. Ronnie Abrams
February 12, 2021