USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 04/12/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

WILSON TACURI, SECURI TACURI QUITO, *individually and on behalf of all others similarly situated*,

        Plaintiffs,

v.

SAGGIO RESTAURANT INC., KALKIN NARVALIS, PEDRO NARVALIS,

        Defendants.

---

No. 20-CV-5219 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    On June 8, 2021, the Court granted the parties' motion for settlement approval. The parties have not, however, filed a stipulation of dismissal for the Court's approval. The parties shall do so by April 19, 2022, or else submit a letter explaining why this case may not be closed at this time.

SO ORDERED.

Dated: April 12, 2022
New York, New York

                                              Hon. Ronnie Abrams
                                              United States District Judge