UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **WILSON TACURI and SEGUNDO TACURI QUITO,** individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>-against-<br><br>**SAGGIO RESTAURANT INC., KALKIN NARVILAS and PEDRO NARVILAS, as individuals,**<br><br>Defendants. | CIVIL ACTION NO:<br>**20-cv-5219**<br><br>STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE |

IT IS HEREBY STIPULATED AND ORDERED that the above-captioned action and all claims asserted therein by Plaintiffs are hereby dismissed in their entirety and with prejudice as against all Defendants, and with no award of attorneys' fees or costs by the Court to any party, except as provided in the Settlement Agreement.

Helen F. Dalton & Associates, P.C.
80-02 Kew Gardens Road, Suite 601
Kew Gardens, NY 11415

Stephen D. Hans, Esq.
30-30 Northern Boulevard, Suite 401
Long Island City, NY 11101

By: /s/James O'Donnell
James O'Donnell, Esq.
jamespodonnell86@gmail.com
Attorney for Plaintiffs

By: /s/Stephen D. Hans
Stephen D. Hans, Esq.
shans@hansassociates.com
Attorney for Defendants

SO-ORDERED:

Hon. Ronnie Abrams
4/20/22